United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL EBERWEIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRACEY HOPE DAVIS, United States Trustee, Region Two,<br><br>    Defendant. | Case No.: 4:13-cv-02732-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO FILE AN AMENDED COMPLAINT** |

On July 25, 2013, the Court issued an Order Denying Without Prejudice Application to Proceed *in Forma Pauperis* and Dismissing Complaint With Leave to Amend. (Dkt. No. 4.) The Order stated: "If Plaintiffs wish to pursue this action, they must file an amended complaint by August 12, 2013 stating a cognizable legal theory over which this Court has subject matter jurisdiction *and* factual allegations supporting their claim(s)."

To date, Plaintiffs have not filed an amended complaint. In addition, mail sent to Plaintiffs at their addresses of record has been returned to the Court as undeliverable. (Dkt. Nos. 5–6.)

Based on Plaintiffs' failure to amend the complaint and their failure to keep their addresses of record current, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**